UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JONES COMPANY HOMES, LLC, | ) |
| And | ) |
| THE JONES COMPANY BUILDING SERVICES, LLC, | ) Case No. 1:11-mc-00011-CKK |
| Plaintiffs, | ) Hon. Colleen Kollar-Kotelly |
| vs. | ) (E.D. of Mo. Case No. 4:09-cv-01965) |
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, | ) |
| Defendant. | ) |

## APPEARANCE OF PAUL R. MONSEES

Please enter the appearance of Paul R. Monsees as one of the attorneys for Plaintiffs The Jones Company Homes, LLC and The Jones Company Building Services, LLC, in the above-captioned matter.

Dated: January 12, 2011

FOLEY & LARDNER LLP

*/s/ Paul R. Monsees*

Paul R. Monsees, Esq.
Foley & Lardner LLP
3000 K. Street N.W.
Suite 600
Washington, D.C. 20007-5109
(202) 672-5300 (t)
(202) 672-5399 (f)
pmonsees@foley.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of **NOTICE OF APPEARANCE of Paul R. Monsees** was filed electronically on January 12, 2011, with the Clerk of the Court using the ECF system. Notice of this will be sent to the parties by first class mail, postage fully prepaid, to:

> Terrance G. Reed, Esq.
> Lankford & Reed, PLLC
> 120 N. Asaph Street
> Alexandria, VA 22314
> (703) 299-5000
> (703) 299-8876 (fax)
> tgreed@lrfirm.net
>
> Joseph Turzi
> DLA Piper LLP (US)
> 500 Eighth Street, NW
> Washington, D.C. 2004
> (202) 799-4252
> (202) 799-5252
> jturzi@dlapiper.com

_____
Paul R. Monsees

DETR_1536869.1